UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA CANESTRI : | |
| : | Civil Action No. 07-1603 (JLL) |
| Plaintiff(s), : | ORDER |
| v. : | |
| NYSA-ILA PENSION TRUST FUND AND PLAN : | |
| Defendant(s). : | |

**IT IS** on this 3rd day of April, 2009

**ORDERED** that there shall be a telephone status/settlement conference on **May 26, 2009 at 2:30 p.m.** Plaintiff shall initiate the call.

  *s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**